

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-18-00432-CV

**IN THE INTEREST OF A.L.M., B.N.M.,
B.M.M., Z.L.A., K.L.A., CHILDREN,**

From the County Court, Jim Wells County, Texas
Trial Court No. 17-01-56823-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Appellant's Brief is due on or before October 4, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court